IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTUITIVE SURGICAL, INC. and<br>INTUITIVE SURGICAL OPERATIONS, INC., <br><br>      Plaintiffs,<br><br>  v.<br><br>AURIS HEALTH, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1359-MN<br>)<br>)<br>)<br>) |

## **[PROPOSED ORDER]**

At Wilmington this \_\_\_\_ day of _____, 2019, having considered Plaintiffs Intuitive Surgical, Inc. and Intuitive Surgical Operations, Inc.'s Motion for Reargument of the Court's March 1, 2019 Oral Order (D.I. 40) and the Court's March 11, 2019 Scheduling Order (D.I. 42);

IT IS HEREBY ORDERED that the motion is GRANTED.

_____
United States District Judge