IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTUITIVE SURGICAL, INC. and <br> INTUITIVE SURGICAL OPERATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AURIS HEALTH, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-1359-MN <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF SONAL N. MEHTA AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to D. Del. LR 83.7, the appearance of Sonal N. Mehta is hereby withdrawn as counsel of record for Plaintiffs Intuitive Surgical, Inc. and Intuitive Surgical Operations, Inc. ("Plaintiffs") in this matter.

The law firms of Durie Tangri and Shaw Keller LLP will continue and remain counsel of record in this action for Plaintiffs.  As such, this withdrawal will not materially affect the Plaintiffs' interests or interfere with these proceedings.

Accordingly, Ms. Mehta also requests that she be removed from the Notice of Electronic Filing and all other service lists in this matter.

|  |  |
|---|---|
| OF COUNSEL:<br>Daralyn J. Durie<br>Sonal N. Mehta<br>Laura E. Miller<br>Vera Ranieri<br>Eneda Hoxha<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>(415) 362-6666<br><br>Frank A. DeCosta, III<br>Jacob A. Schroeder<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New Yorke Ave.<br>Washington, DC 20001<br>(202) 408-4039<br><br>Dated: September 9, 2019 | */s/ David M. Fry*<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiffs* |