IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTUITIVE SURGICAL, INC. and<br>INTUITIVE SURGICAL OPERATIONS,<br>INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AURIS HEALTH, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1359-MN<br>)<br>)<br>)<br>)<br>) |

## D. DEL. LOCAL RULE 7.1.1 STATEMENT

Plaintiffs Intuitive Surgical, Inc. and Intuitive Surgical Operations, Inc. ("Intuitive") hereby certify that, pursuant to D. Del. LR 7.1.1., they have made a reasonable effort to reach agreement with Defendant Auris Health, Inc. on the matters set forth in Intuitive's motion to exclude and strike opinions and testimony of Auris's experts, Dr. Richard Hooper, Dr. Ron Alterovitz, and Elizabeth Dean, including verbal communication involving Delaware counsel for both parties. The parties were unable to reach agreement.

|  |  |
|---|---|
| | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor |
| OF COUNSEL:<br>Daralyn J. Durie<br>Vera Ranieri<br>Eneda Hoxha<br>Eric C. Wiener<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>(415) 362-6666 | Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiffs* |

Frank A. DeCosta, III
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New Yorke Ave.
Washington, DC 20001
(202) 408-4039

Jacob A. Schroeder
Arpita Bhattacharyya
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue, 2nd Floor
Pala Alto, CA 94304
(650) 849-6600

Benjamin A. Saidman
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
271 17th St. NW, Suite 1400
Atlanta, GA 30363
(404) 653-6510

Daniel C. Tucker
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, VA 20190
(571) 203-2793

Dated: September 9, 2020