IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTUITIVE SURGICAL, INC. and INTUITIVE SURGICAL OPERATIONS, INC., <br><br>   Plaintiffs, <br><br> v. <br><br>AURIS HEALTH, INC., <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 18-1359-MN |

## ORDER

At Wilmington, this 19th day of July 2021:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Intuitive's motion to strike and exclude opinions and testimony of Auris's experts (D.I. 293) is GRANTED-IN-PART and DENIED-IN-PART.

2. Auris's motion for summary judgment of non-infringement (D.I. 303) is GRANTED-IN-PART and DENIED-IN-PART.

3. Auris's motion for summary judgment of no willful infringement (D.I. 300) is GRANTED-IN-PART and DENIED-IN-PART.

                           */s/ Maryellen Noreika*
                           The Honorable Maryellen Noreika
                           United States District Judge