**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTUITIVE SURGICAL, INC. and INTUITIVE SURGICAL OPERATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AURIS HEALTH, INC.,<br><br>Defendant. | C.A. No.: 18-1359-MN<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT AURIS HEALTH, INC.'S NOTICE OF FURTHER DEVELOPMENT IN *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 9,452,276**

Defendant Auris Health, Inc. hereby provides notice to the Court that the United States Patent and Trademark Office ("PTO") has issued a second rejection of all asserted claims in the *ex parte* reexamination of U.S. Patent No. 9,452,276 ("the '276 Patent"). *See* Ex. A; *see also* D.I. 439 at 6–7 (discussing first rejection of all asserted claims). Although the decision is non-final because the PTO added an additional prior art reference in support of its decision, *see* Manual of Patent Examining Procedure, § 706.07(a), the PTO "fully considered" and found "not persuasive" the arguments that Plaintiff Intuitive Surgical Operations, Inc. ("Intuitive") previously made in support of the patentability of the asserted claims of the '276 Patent, *see* Ex. A at 10–13. Intuitive's deadline to respond to the PTO is August 29, 2023. *See id.* at 1.

OF COUNSEL:

John M. Desmarais
Paul A. Bondor
Tamir Packin
Cosmin Maier
Brian D. Matty
Jamie L. Kringstein
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
212-351-3400

Dated: July 6, 2023

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorneys for Defendant Auris Health, Inc.*