# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTUITIVE SURGICAL, INC. AND<br>INTUITIVE SURGICAL OPERATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AURIS HEALTH, INC.,<br><br>Defendant. | )<br>)<br>) C.A. No. 18-1359-MN<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby move, stipulate and agree that all of Plaintiffs' claims in this action against Defendant are hereby dismissed with prejudice and each of Plaintiffs and Defendant shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Karen E. Keller*<br>Karen E. Keller (#4489)<br>Shaw Keller LLP<br>I.M. Pei Building - 12th Floor<br>1105 North Market Street<br>Wilmington, DE 19801<br>302-298-0700<br>kkeller@shawkeller.com<br><br>*Attorneys for Plaintiffs Intuitive Surgical, Inc. and Intuitive Surgical Operations, Inc.* | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendant Auris Health, Inc.* |

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge

RLF1 29420589v.1